# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

December 27, 2019

**Via ECF and U.S. mail**

Hon. Richard M. Berman
United States Courthouse
500 Pearl St.
New York, NY 10007

MEMO ENDORSED
p.2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/19

RE: U.S. v. Finley, 15 Cr. 288-2(RMB)

Dear Judge Berman:

This office represents the defendant Alexander Finley in the above-captioned case, which is a violation of supervised release arising out of a new federal case filed against Mr. Finley in the White Plains branch of this Court. I write, on consent, to request an adjournment of the status conference that is currently scheduled for Tuesday, January 7, 2020. There have been three previous requests for adjournments of this conference, and all were granted.

The parties are in active negotiations for a disposition in the underlying case pending in White Plains. The next court date in that case is scheduled for January 13, 2020. We do not expect a disposition before that date. Accordingly, we respectfully request that the court adjourn the status conference for approximately 30 days in order to give the parties time continue negotiations. Please note that defense counsel is not available from February 17 through February 21, 2020.

I have communicated with AUSA Christopher Brumwell and he advises that the government consents to this request for an adjournment.

LAW OFFICE OF ZACHARY MARGULIS-OHNUMA

Thank you for your attention to this case.

                              Very truly yours,

                              *Zachary Margulis-Ohnuma*

                              Zachary Margulis-Ohnuma

CC:   AUSA Hagen Scotten (via ECF and email)
        AUSA Christopher Brumwell (via email)

---

**Extension granted. Conference adjourned to February 10, 2020 at 10:30 am.**

SO ORDERED
Date: 12/27/19

*Richard M. Berman*
Richard M. Berman, U.S.D.J.