# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

January 22, 2020

**Via ECF and U.S. mail**

MEMO ENDORSED

Hon. Richard M. Berman
United States Courthouse
500 Pearl St.
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/23/2020

RE: U.S. v. Finley, 15 Cr. 288-2(RMB)

Dear Judge Berman:

This office represents the defendant Alexander Finley in the above-captioned case, which is a violation of supervised release arising out of a federal case filed against Mr. Finley in the White Plains branch of this Court. I write, on consent, to request an adjournment of the status conference that is currently scheduled for Monday, February 10, 2020. There have been four previous requests for adjournments of this conference, and all were granted.

The parties are in active negotiations for a disposition in the underlying case pending in White Plains. The next court date in that case is scheduled for March 10, 2020. Mr. Finley has expressed his intent to plead guilty before the March 10th conference. Accordingly, we respectfully request that the court adjourn the status conference in this case to a date after March 10, 2020 to give the parties time to determine how best to proceed in light of the anticipated disposition.

I have communicated with AUSA Christopher Brumwell and he advises that the government consents to this request for an adjournment.

*Conference adjourned to 4/2/2020 at 9:30am.*

SO ORDERED:
Date: 1/23/2020
Richard M. Berman, U.S.D.J.

**LAW OFFICE OF ZACHARY MARGULIS-OHNUMA**

Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC: AUSA Hagen Scotten (via ECF and email)
    AUSA Christopher Brumwell (via email)