U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 26, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2020
```

**BY Email and ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Alexander Finley,* 15 Cr. 288 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter with the consent of Zachary Margulis Ohnuma, Esq., counsel to defendant Alexander Finley, to request an adjournment of the status conference in the above-referenced case, previously set for April 2, 2020.

As noted in prior letters to the Court, this violation of supervised release is related to a criminal proceeding against the defendant that is currently pending before the Honorable Kenneth M. Karas, *United States v. Alexander Finley*, 19-cr-330 (KMK). The parties are in active plea negotiations regarding the pending criminal matter, and believe that it would be appropriate to adjourn the status conference while plea negotiations are ongoing. The parties anticipate reaching a resolution of the criminal matter in the next 30 days. Accordingly, the parties request that the status conference be adjourned to a date convenient for the Court in approximately 45 days.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Christopher D. Brumwell
Assistant United States Attorney
914-993-1966

(CF and email)

---

Application granted. Conference adjourned to May 20, 2020 at 12:00pm.

SO ORDERED:
Date: 3/31/2020
Richard M. Berman, U.S.D.J.