**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020
```

April 28, 2020

**BY ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Alexander Finley,* 15 Cr. 288 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter with the consent of Zachary Margulis Ohnuma, Esq., counsel to defendant Alexander Finley, to request an adjournment of the status conference in the above-referenced case, currently set for May 20, 2020.

Although the parties have reached an agreement concerning a resolution of this matter, the parties are seeking an adjournment due to the restrictions against travel and contact in light of COVID-19. Accordingly, the parties request that the next conference be adjourned for approximately 45 days to a date convenient for the Court.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:       /s/
Christopher D. Brumwell
Assistant United States Attorney
917-710-0661

cc: Zachary Margulis-Ohnuma, Esq. (by ECF and email)

*Conference is adjourned to July 1, 2020 at 10:00am.*

SO ORDERED:
Date: 4/30/2020   Richard M. Berman
Richard M. Berman, U.S.D.J.