**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

      -against-

ALEX FINLEY,
                  Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

      The sentencing scheduled for Thursday, August 27, 2020 at 9:00 AM will be held by video via CourtCall.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      USA Toll-Free Number: (855) 268-7844
      Access Code: 32091812#
      PIN: 9921299#

Dated: August 19, 2020
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.